UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MOBRO MARINE, INC.,

    Plaintiff,

vs.                                  CASE NO. 3:11-cv-622-J-12JBT

ESSEX INSURANCE COMPANY,
etc., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on two requests for dismissal. The first is the Joint Stipulation for Dismissal with Prejudice (Doc. 68) signed by counsel representing Plaintiff, Mobro Marine, Inc., and Defendant, Essex Insurance Company, seeking dismissal of all claims by and between them (Count I of Plaintiff's Complaint (Doc. 2)).

The second is the [Amended] Notice of Voluntary Dismissal with Prejudice (Doc. 70), signed by Plaintiff, Mobro Marine, Inc., with regard to those claims asserted by Plaintiff against Defendant, S. Draper Enterprises, LLC, (Counts IV, V, and VI of Plaintiff's Complaint (Doc. 2)). Defendant, S. Draper Enterprises, LLC was served with Plaintiff's Complaint (see Doc. 36), but has never appeared in this action.

The Court is advised that the requested dismissals will have no impact or effect on the remaining portion of Count VII of Plaintiff's Complaint against Defendant Global Crane Management del Peru, SAC, or on Defendant Global Crane Management del

Peru, SAC's cross-claim against Defendant S. Draper Enterprises, LLC (Doc. 37).[1] These are the only claims remaining in this action.

The Court having considered the requests for dismissal, having reviewed the file, and being otherwise fully informed in the premises, it is hereby

**ORDERED AND ADJUDGED:**

1. That the claims asserted by and between Mobro Marine, Inc. and Essex Insurance Company (Count I of Plaintiff's Complaint Doc. 2)) are hereby dismissed with prejudice with each side to bear its own costs and attorneys' fees; and

2. That Plaintiff Mobro Marine, Inc.'s causes of action against the Defendant, S. Draper Enterprises, LLC, (Counts IV, V and VI of Plaintiff's Complaint (Doc. 2)) are hereby dismissed from this action with prejudice with each side to bear its own costs and attorneys' fees.

**DONE AND ORDERED** this 2nd day of May 2012.

*Howell W. Melton*
Senior United States District Judge

Copies to:
Counsel of Record

---

[1] By Order (Doc. 53) entered December 15, 2011, the Court dismissed without prejudice all claims related to failure to procure insurance, that is, Counts II and III of Plaintiff's Complaint against Defendant Acorn Insurance, and that portion of Count VII against Defendant, S. Draper Enterprises, LLC related to failure to procure insurance. The Court also notes that Defendant Global Crane Management del Peru, SAC obtained an entry of Clerk's Default (Doc. 54) with respect to its cross-claim against Defendant S. Draper Enterprises, LLC on December 15, 2011.